# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 29, 2007

Clifford W. Taylor,
Chief Justice

133224-5

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

HELEN CARGAS, Individually and as Personal
Representative of the Estate of PERRY
CARGAS,
      Plaintiff-Appellant,

v

GLENN BEDNARSH and MICHAEL
ESSHAKI, d/b/a MEL'S DINER,
      Defendants-Appellees.

SC: 133224-5
COA: 263869; 263870
Oakland CC: 01-007603-AV

_____/

      On order of the Court, the application for leave to appeal the January 9, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 29, 2007

Clerk

p1022